| UNITED STATES OF AMERICA, | Case No. 17CR0476-CAB |
|---|---|
| Plaintiff, | |
| vs. | |
| JOSE MARIA PULIDO-NARANJO (1), | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 2/15/2018

Hon. Cathy Ann Bencivengo
United States District Judge